# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARIO ANDJUAN PEEPLES,** | ) |
| Petitioner, | ) |
| vs. | ) Civil Action 09-0614-KD-N |
| **MOBILE COUNTY SHERIFF'S DEPARTMENT,** | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 10, 2009 is **ADOPTED** as the opinion of this Court. The undersigned also finds that there are no grounds to appeal this determination.

**DONE** this 7th day of January, 2010.

                                               s/ Kristi K. DuBose
                                               **KRISTI K. DuBOSE**
                                               **UNITED STATES DISTRICT JUDGE**